**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00307-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE ALBERTO DEL REAL RUIZ,
    a/k/a FNU LNU ONE,
    a/k/a Guero,
    a/k/a Jorge Alberto Del Real Sanchez,
    a/k/a Jorge Real-Ruiz

    Defendant.

## MINUTE ORDER[1]

Due to a conflict arising on the court's calendar, the sentencing hearing previously set for October 30, 2009, at 3:30 p.m. is **VACATED** at 3:30 p.m., and is **RESET** to **9:00 a.m.** on this day. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: October 23, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.